United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 21-13285-amc
Jodi K. Lipton | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: May 22, 2025      Form ID: 138OBJ      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jodi K. Lipton, 1701 Locust Street, Unit 1615, Philadelphia, PA 19103-6163 |
| 14655461 | + | Cibik Law P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14655475 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14655478 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14655457 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 23 2025 00:43:57 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14662929 | | Email/PDF: bncnotices@becket-lee.com | May 23 2025 00:43:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14655458 | + | Email/PDF: bncnotices@becket-lee.com | May 23 2025 00:31:48 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14655463 | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14655464 | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14655459 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 23 2025 00:43:20 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14662872 | + | Email/PDF: ebn_ais@aisinfo.com | May 23 2025 00:43:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14655460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 23 2025 00:30:32 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14655462 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2025 00:42:58 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14655465 | + | Email/Text: bankruptcy@philapark.org | May 23 2025 00:33:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14655466 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 23 2025 00:33:00 | Comenitycb/Barneys, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14655467 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 21-13285-amc   Doc 34   Filed 05/24/25   Entered 05/25/25 00:40:30   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 138OBJ | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | May 23 2025 00:30:33 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14655468 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 23 2025 00:44:54 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14666280 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 23 2025 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14655469 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | May 23 2025 00:32:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14655470 | ^ | MEBN | | |
| | | | May 23 2025 00:28:00 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14655471 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | May 23 2025 00:32:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 14655472 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 23 2025 00:32:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14657465 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 23 2025 00:31:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14666198 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 23 2025 00:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14655473 | + | Email/Text: cedwards@ncsplus.com | | |
| | | | May 23 2025 00:32:00 | NCSPlus Incorporated, Attn: Bankruptcy, 117 East 24th Street, 5th Floor, New York, NY 10010-2937 |
| 14669454 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 23 2025 00:33:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14655474 | + | Email/Text: bnc@nordstrom.com | | |
| | | | May 23 2025 00:32:24 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14655476 | ^ | MEBN | | |
| | | | May 23 2025 00:28:20 | Penn Medicine, Patient Pay, PO BOX 824406, Philadelphia PA 19182-4406 |
| 14655477 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | May 23 2025 00:33:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14668949 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 23 2025 00:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14655479 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 23 2025 00:42:56 | Syncb/Paypalsmartconn, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14669591 | ^ | MEBN | | |
| | | | May 23 2025 00:28:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14655757 | ^ | MEBN | | |
| | | | May 23 2025 00:28:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14795086 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | May 23 2025 00:31:16 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14655480 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 23 2025 00:44:12 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14655481 | | Email/Text: DASPUBREC@transunion.com | | |
| | | | May 23 2025 00:32:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14655482 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | May 23 2025 00:33:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 14670876 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | May 23 2025 00:33:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 138OBJ | Total Noticed: 40 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jodi K. Lipton help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 33 − 32

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Jodi K. Lipton  )  Case No. 21−13285−amc
  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 22, 2025                                      For The Court

                                                                   Timothy B. McGrath
                                                                   Clerk of Court